| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Stephen M. Doniger, Esq. <br> DONIGER / BURROUGHS <br> 603 Rose Avenue <br> Venice California 90291 <br> Telephone: (310) 590-1820 | |
| ATTORNEY(S) FOR:  Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL DYEING & PRINTING, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| TOPSON DOWNS OF CALIFORNIA INC., a California Corporation; and DOES 1 through 10, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC. | Plaintiff |
| TOPSON DOWNS OF CALIFORNIA INC. | Defendant |

5/23/2017  
Date

/s/ Stephen M. Doniger  
Signature

Attorney of record for (or name of party appearing in pro per):

Stephen M. Doniger, Esq.  -for Plaintiff