Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOPSON DOWNS OF CALIFORNIA INC., a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:17-cv-03879-DDP-MRW<br>*Hon. Dean D. Pregerson Presiding*<br><br>**PROOF OF SERVICE ON DEFENDANT TOPSON DOWNS OF CALIFORNIA INC.** |

- 1 -

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. DONIGER SBN 179314<br>603 Rose Ave<br>Los Angeles    CA    90291<br>ATTORNEY FOR (Name)    Plaintiff | (310) 590-1820 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
UNIVERSAL v TOPSON DOWNS

| 3197732 | (HEARING) Date | Time | Dept | Case Number:<br>217CV03879 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>Universal v. Topson, 17-3879 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT

3. a. PARTY SERVED:    TOPSON DOWNS OF CALIFORNIA INC., a
   California Corporation
   b.    ROBERT L. HANDLER, AGENT

4. ADDRESS:    10250 Constellation Blvd
   Los Angeles    CA    90067
5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
   ON    7/25/2017    AT    11:14:00 AM
   b. BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
   MARK MALDONADO, PERSON AUTHORIZED TO ACCEPT
   HISPANIC MALE 34YRS 5'10" 175LBS. BLACK HAIR
   (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED
6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:    TOPSON DOWNS OF CALIFORNIA INC., a
   California Corporation
   ROBERT L. HANDLER, AGENT
   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 416.10 (CORPORATION)

| 7a. Person Serving: | Brian | Fecher | d. The fee for service was    $96.79 |
|---|---|---|---|
| | | | e. I am: |

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

(1)    not a registered California process server:
(3) X    registered California process server:
   (i) Independent Contractor

c. (714) 662-5555

   (i) Registration No:    6402
   (i) County:    LOS ANGELES

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Brian    Fecher

8/1/2017    X _____
   SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**    CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. DONIGER SBN 179314<br>603 Rose Ave<br><br>Los Angeles   CA   90291<br>ATTORNEY FOR (Name)   Plaintiff | (310) 590-1820 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
UNIVERSAL v TOPSON DOWNS

| 3197732 | (HEARING) Date | Time | Dept | Case Number:<br>217CV03879 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>Universal v. Topson, 17-3879 |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   07/26/2017

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:   COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

TOPSON DOWNS OF CALIFORNIA INC., a

California Corporation
ROBERT L. HANDLER, AGENT
10250 Constellation Blvd
Los Angeles   CA   90067

DECLARANT:  MONICA FIGUEROA

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was   $96.79
e. I am:
  (1) X   not a registered California process server:
  (3)     registered California process server:
    (i) Employee
    (i) Registration No:
    (i) County:  Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   MONICA FIGUEROA

8/1/2017

X _____
   SIGNATURE

**PROOF OF SERVICE**