1  ERICA J. VAN LOON - State Bar No. 227712
   evanloon@glaserweil.com
2  BRITTANY ELIAS - State Bar No. 305922
   belias@glaserweil.com
3  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
6
   *Attorneys for Defendant*
7  *Topson Downs of California, Inc.*

8  *[Additional counsel on signature page]*

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                 WESTERN DIVISION

12 | UNIVERSAL DYEING & PRINTING, INC., | CASE NO.: 2:17-cv-03879-DDP-MRW |
13 | | Hon. Dean D. Pregerson |
   |                    Plaintiff, | |
14 | | **STIPULATION TO VACATE** |
   | v. | **ENTRY OF DEFAULT, TO** |
15 | | **WITHDRAW MOTION FOR** |
   | TOPSON DOWNS OF CALIFORNIA, | **DEFAULT JUDGMENT, AND TO** |
16 | INC., a California Corporation; and | **EXTEND DEADLINE TO ANSWER** |
   | DOES 1 through 10, | **COMPLAINT** |
17 | | |
   |                    Defendants. | |
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE ENTRY OF DEFAULT, TO WITHDRAW MOTION FOR DEFAULT JUDGMENT,
AND TO EXTEND DEADLINE TO ANSWER COMPLAINT

1413866

Plaintiff Universal Dyeing & Printing, Inc. ("Universal") and Defendant Topson Downs of California, Inc. ("Topson"), by and through their respective counsel of record, hereby respectfully submit the following Stipulation and attached Proposed Order to (1) vacate the Entry of Default as to Topson by the Clerk of this Court (ECF No. 13), (2) withdraw the Motion for Default Judgment against Topson by Universal (ECF No. 15), and (3) extend the deadline for Topson to respond to Universal's Complaint to November 20, 2017.

WHEREAS, Universal filed its Complaint in this action on May 23, 2017 (ECF No. 1);

WHEREAS, the Clerk of this Court issued a summons as to Topson on May 24, 2017 (ECF No. 8);

WHEREAS, Universal filed a proof of service on August 7, 2017, which alleged that service had been effected on Topson by delivering a copy of the summons and Complaint to Mark Maldonado, who was purportedly a "person authorized to accept" service on behalf of Topson by Robert Handler and was "apparently in charge at the office or usual place of business to be served" (ECF No. 10);

WHEREAS, Topson contends that Mr. Maldonado was a low-level employee in the Glaser Weil mail room and was not authorized to accept service on behalf of Topson by Mr. Handler and did not provide the Complaint or Summons to Mr. Handler;

WHEREAS, the Clerk of this Court made an Entry of Default as to Topson on October 4, 2017 (ECF No. 13);

WHEREAS, Universal filed a motion for default judgment ("Motion for Default Judgment") against Topson on November 6, 2017 (ECF No. 15);

WHEREAS, Topson first became aware of this action, the Clerk's Entry of Default, and Universal's Motion for Default Judgment on November 6, 2017 after counsel for Universal reached out to Glaser Weil to advise it of the default;

1     WHEREAS, in light of the foregoing and in an effort to avoid unnecessary

2  motion practice for both parties, Universal and Topson entered into the following

3  stipulation to vacate the Entry of Default, to withdraw Universal's Motion for Default

4  Judgment, and to afford Topson until November 20, 2017 to respond to Universal's

5  Complaint;

6     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between

7  Universal and Topson that:

8     1.     the Clerk's Entry of Default as to Topson is to be vacated;

9     2.     Universal will withdraw its Motion for Default Judgment by November

10  9, 2018; and

11     3.     Topson shall file its Answer to Universal's Complaint no later than

12  November 20, 2017.

13

14  DATED:  November 8, 2017          DONIGER BURROUGHS APC

15

16                                    By: /s/ Stephen M. Doniger
                                      STEPHEN M. DONIGER
17                                    SCOTT A. BURROUGHS
                                      FRANK GREGORY CASELLA
18                                        *Attorneys for Plaintiff*
                                          *Universal Dyeing & Printing, Inc.*
19

20

21  DATED:  November 8, 2017          GLASER WEIL FINK HOWARD
                                       AVCHEN & SHAPIRO LLP
22

23                                    By: /s/ Erica J. Van Loon
24                                    ERICA J. VAN LOON
                                      BRITTANY ELIAS
25                                        *Attorneys for Defendant*
                                          *Topson Downs of California, Inc.*
26

27

28
                                          2
STIPULATION TO VACATE ENTRY OF DEFAULT, TO WITHDRAW MOTION FOR DEFAULT JUDGMENT,
                    AND TO EXTEND DEADLINE TO ANSWER COMPLAINT

Glaser Weil

1413866

1    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories
2    listed, and on whose behalf the filing is submitted, concur in the filing's content and
3    have authorized the filing.

4

5    DATED:  November 8, 2017          GLASER WEIL FINK HOWARD
                                       AVCHEN & SHAPIRO LLP
6

7                                      By:  Erica J. Van Loon
8                                      ERICA J. VAN LOON
9                                      BRITTANY ELIAS
                                          *Attorneys for Defendant*
10                                        *Topson Downs of California, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE ENTRY OF DEFAULT, TO WITHDRAW MOTION FOR DEFAULT JUDGMENT,
AND TO EXTEND DEADLINE TO ANSWER COMPLAINT

1413866