AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC.,<br>*Plaintiff*<br>v.<br>SEE ATTACHMENT<br>*Defendant, Third-party plaintiff*<br>v.<br>SEE ATTACHMENT<br>*Third-party defendant* | )<br>)<br>)<br>)  Civil Action No. 2:17-cv-03879-DDP-MRW<br>)<br>)<br>)<br>) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Desire, LLC D/B/A Runway Textile, a California Limited Liability Company
1232 South Hooper Avenue
Los Angeles, California 90021

A lawsuit has been filed against defendant  Topson Downs of California, Inc. , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Universal Dyeing & Printing, Inc. .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Erica J. Van Loon
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor, Los Angeles, California 90067
Tel: (310) 553-3000

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stephen M. Doniger
DONIGER / BURROUGHS
603 Rose Ave., Venice, California 90291
Tel: (310) 590-1820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  December 4, 2017

Kiry K. Gray
*CLERK OF COURT*

*Sharon Hall Brown*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:17-cv-03879-DDP-MRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
BRITTANY ELIAS - State Bar No. 305922
belias@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendant and Third-Party Plaintiff
Topson Downs of California, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation; and DOES 1 through 10, <br><br> Defendants. <br><br><br> TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> DESIRE, LLC D/B/A RUNWAY TEXTILE, a California Limited Liability Company, <br><br> Third-Party Defendant. | CASE NO.: 2:17-cv-03879-DDP-MRW <br><br> Hon. Dean D. Pregerson <br><br> **DEFENDANT AND THIRD-PARTY PLAINTIFF TOPSON DOWNS OF CALIFORNIA, INC.'S THIRD-PARTY COMPLAINT AGAINST DESIRE, LLC D/B/A RUNWAY TEXTILE FOR:** <br><br> **1. IMPLIED CONTRACTUAL INDEMNITY** <br><br> **2. BREACH OF EXPRESS WARRANTY OF TITLE** <br><br> **3. BREACH OF STATUTORY WARRANTY AGAINST INFRINGEMENT** <br><br> **4. DECLARATORY RELIEF AND COMPARATIVE LIABILITY** <br><br> DEMAND FOR JURY TRIAL |

DEFENDANT AND THIRD-PARTY PLAINTIFF TOPSON DOWNS OF CALIFORNIA, INC.'S THIRD-PARTY COMPLAINT AGAINST DESIRE, LLC D/B/A RUNWAY TEXTILE

1422010