**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Universal Dyeing And Printing, Inc.<br>*Plaintiff(s)*<br>v.<br>Topson Downs Of California, Inc., et al.<br>*Defendant(s)* | CASE NUMBER<br>2:17-cv-03879-DDP (MRWx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Topson Downs of California, Inc.   ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute  Matthew L. Seror of Buchalter Nemer APC   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1000 Wilshire Blvd., Suite 1500
*Street Address*

Los Angeles, CA 90017-1730                          mseror@buchalter.com
*City, State, Zip*                                   *E-Mail Address*

(213) 891-5731                (213) 896-0400                235043
*Telephone Number*            *Fax Number*                  *State Bar Number*

as attorney of record instead of
*List **all** attorneys from same firm or agency who are withdrawing.*

Erica J. Van Loon and Brittany Marie Elias of Glaser Weil Fink Howard Avchen & Shapiro LLP

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  02/09/18                            *signature*
                                           U. S. District Judge/U.S. Magistrate Judge