MATTHEW L. SEROR (SBN: 235043)
mseror@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Fax: 213.896.0400

Attorneys for Defendant
TOPSON DOWNS OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOPSON DOWNS OF CALIFORNIA, INC., <br><br> Defendant. | Case No. 2:17-cv-03879-DDP (MRWx) <br><br> **DEFENDANT'S NOTICE OF FILING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> Hon. Dean D. Pregerson. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendant Topson Downs of California, Inc. hereby files its Proposed Findings of Fact and Conclusions of Law.

DATED: January 23, 2019    BUCHALTER
A Professional Corporation

By:   /s/ *Matthew L. Seror*
      MATTHEW L. SEROR
Attorneys for Defendant
TOPSON DOWNS OF CALIFORNIA, INC.

1

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

NOTICE OF FILING PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW
BN 35516493v1